# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Case No. 13-cr-30131-DRH-2

GILBERT DELEON,

        **Defendant.**

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

Before the Court is a motion to withdraw as counsel of record for defendant Gilbert DeLeon (Doc. 76). Brian K. Trentman, of the CJA Panel, seeks withdrawal following a breakdown in communication with the defendant due to a disagreement. Mr. Trentman states that the disagreement cannot be reconciled and he can no longer effectively represent DeLeon. DeLeon also asks that a different lawyer be appointed to represent him and for Mr. Trentman withdraw his representation due to the disagreement.

To ensure adequate representation of criminal defendants, 18 U.S.C. § 3006A(c) provides that "[a] person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance before the United States magistrate or the court through appeal, including ancillary matters appropriate to the proceedings."

Accordingly, the Court **APPOINTS** attorney Preston Humphrey, Jr.,

1015 Locust, Suite 413, St. Louis, MO 63101, of the CJA Panel, to represent Defendant DeLeon in this matter. Brian K. Trentman is no longer associated with this case.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.06.08 15:26:06 -05'00'

**United States District Judge**